# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

ERIC SCOTT KNUTSON,

        Plaintiff,

v.

PAUL SCHNELL, et al.,

        Defendants.

Civil No. 22-185 (JRT/ECW)

**ORDER**

---

Eric Scott Knutson, OID# 240094, MCF - Lino Lakes, 7525 4th Avenue, Lino Lakes, MN 55014, *pro se* plaintiff.

Carole C. Olander, Elizabeth Johnston, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 18, 2023, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

    1.    Defendants' Motion for Summary Judgment (ECF No. 29) is **GRANTED**;

    2.    Defendants' Motion for a Stay of Discovery (ECF No. 38) is **DENIED** as moot;

    3.    Defendants' Motion to Modify the Scheduling Order (ECF No. 46) is **DENIED** as moot; and

4.      Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: May 17, 2023                    s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                       United States District Judge